# United States District Court
## *Southern District of Georgia*

RODNEY JEROME MILES,

Plaintiff,

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: 2:26-cv-54

MS. BECKWORTH, WAYNE HOENST, and MS. HAGAN,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order entered September 28, 2026, the Court dismisses without prejudice Plaintiff's Complaint for failure to follow this Court's Orders and to prosecute. The Court denies Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: ______________________

Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

September 29, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*